DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RICHARD MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No.  2D22-311
_____

September 15, 2023

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Bryant R. Camareno, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

 Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.